UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| WAYNE E. WILKERSON, | |
|---|---|
| Plaintiff, | |
| v. | CAUSE NO. 3:22-CV-421-RLM-MGG |
| MIAMI CORRECTIONAL FACILITY, | |
| Defendant. | |

## ORDER

Wayne E. Wilkerson, a prisoner without a lawyer, filed this lawsuit and must pay the filing fee as required by 28 U.S.C. § 1915(b). Therefore, the court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF 5);

(2) ORDERS the plaintiff, **Wayne E. Wilkerson, IDOC # 260406,** to immediately pay (and the facility having custody to automatically remit) **$4.33** to the clerk in payment of the initial partial filing fee;

(3) ORDERS the plaintiff to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $350.00 filing fee is paid in full;

(4) DIRECTS the clerk to create a ledger for receipt of these funds; and

(5) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on June 21, 2022

                                                  s/ Robert L. Miller, Jr.
                                                  JUDGE
                                                  UNITED STATES DISTRICT COURT