UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

WAYNE WILKERSON,

Plaintiff,

v.

MIAMI CORRECTIONAL FACILITY,

Defendant.

CAUSE NO.: 3:22-CV-421-RLM-MGG

ORDER

Wayne Wilkerson, a prisoner without a lawyer, was granted until November 7, 2022, to file an amended complaint.[1] He was cautioned that if he did not do so, the case was subject to dismissal under 28 U.S.C. § 1915A for the reasons outlined in the screening order. The deadline has passed and he did not file an amended complaint.

Therefore, this case is DISMISSED under 28 U.S.C. § 1915A because the complaint does not state a claim upon which relief can be granted. The clerk is DIRECTED to close this case.

SO ORDERED on November 29, 2022

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT

---

[1] The original deadline was September 12, 2022, but in light of a filing by Mr. Wilkerson, the court extended the deadline to November 7, 2022.