# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WAYNE E WILKERSON
*also known as*
WAYNE WILKERSON
    Plaintiff

                v.                              Civil Action No. 3:22-cv-421

MIAMI CORRECTIONAL FACILITY
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED under 28 U.S.C. § 1915A.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Robert L. Miller, Jr.

DATE:   11/29/2022                               GARY T. BELL, CLERK OF COUR
                                                          by       s/N. Corle
                                                           *Signature of Clerk or Deputy Clerk*